UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23-CV-01621 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| JUSTIN MURPHY and MARA INVESTMENTS LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### STATUS UPDATE REGARDING DEFENDANT LOCATION AND SERVICE OF COMPLAINT

Plaintiff, the United States Securities and Exchange Commission (the "SEC") filed the complaint against Defendants, Justin Murphy ("Murphy") and Mara Investments LLC, a/k/a Mara Investment Global LLC, ("Mara Investments") in this action on December 14, 2023. Previously, on September 6, 2022, the United States Attorney's Office for the District of Connecticut, in a parallel criminal action, obtained an indictment against Murphy based on substantially similar conduct. The criminal indictment remained under seal until December 14, 2023, after Murphy was arrested in Brazil on December 6, 2023. *See United States v. Justin C. Murphy*, No. 3:22-cr-00190 (D. Conn. 2022). Following the unsealing of the criminal action, the SEC filed its civil complaint. Murphy currently remains in custody in Brazil, and the United States is engaged in the process of coordinating his return to the United States.

Pursuant to the Rules of Civil Procedure, the SEC has sent the necessary materials (the Complaint and Civil Action Cover Sheet; the copies of Summons; the Notice of Lawsuit, the Court's Orders and disclosure notice; and the waivers of service forms) to the detention facility

in Brazil, addressed to Murphy in his individual capacity and as the representatives of Mara Investments, seeking a waiver of service. While the SEC has encountered some issues in having the materials delivered to Murphy at the facility, the SEC is continuing efforts to obtain a waiver of service. In the event that these efforts are unsuccessful, the SEC will attempt to serve the complaint, which will require coordination through the Brazilian authorities.

The SEC will continue to update the Court regarding its efforts to obtain a waiver or serve the Defendants in this action, and the resulting deadlines that arise pursuant to the Federal Rules of Civil Procedure.

DATED: January 25, 2024

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
By its attorneys,

*/s/ Amy Harman Burkart*
Amy Harman Burkart (Mass BBO No. 651828)
Xinyue Angela Lin (Mass. BBO No. 672786)
Susan Cooke (DC Bar No. 978173)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
(617) 573-8900 (Main)
(617) 573-4590 (Facsimile)
(617) 573-4538 (Cooke)
cookes@ sec.gov (Cooke)
burkarta@sec.gov (Burkart)

Local Counsel:
Michelle L. McConaghy (CT Bar No. 27157)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373 (Facsimile)